**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TYRONE MCGHEE, | ) | CASE NO. 1: 07 CV 1408 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| KHELLEH KONTEH, Warden, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Report and Recommendation of Magistrate Judge George J. Limbert (ECF # 9), filed on January 25, 2008, is ADOPTED by this Court, and Petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, on May 15, 2007 (ECF # 1), is DISMISSED WITH PREJUDICE.  Petitioner's Objections to the Report and Recommendation (ECF # 10) are thereby DENIED.

Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

*s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATE February 1, 2008